UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv224-RJC-DSC

| | |
|---|---|
| CARL STURDIVANT,<br>    Plaintiff,<br><br>v.<br><br>KONE INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    ORDER<br>)<br>) |

**THIS MATTER** is before the court on Plaintiff's Pro Se Motion Requesting ECF Registration (Doc. No. 6). Plaintiff acknowledges he has read the United States District Court for the Western District of North Carolina's Administrative Procedures Governing Filing and Service by Electronic Means ("the Administrative Procedures"). Section I.A.1 of the Administrative Procedures is explicit that "Parties proceeding pro se *shall not* file electronically." (emphasis added). Plaintiff may, however, receive notice via email whenever a document is filed electronically in his case. See Administrative Procedures Section D.1.

Despite having read the Administrative Procedures, Plaintiff argues that these rules give parties represented by counsel an "unfair advantage" over pro se litigants. (Doc. No. 6 at 1). The Court finds that Plaintiff's access to the courts is not being adversely affected, as he can still file any motions or other documents that are necessary, albeit by non-electronic means.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Pro Se Motion Requesting ECF Registration (Doc. No. 6) is **DENIED**.

Signed: October 1, 2009

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge