UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv224-RJC-DSC

| | | |
|---|---|---|
| CARL STURDIVANT,<br>    Plaintiff,<br><br>v.<br><br>KONE INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte. Plaintiff Carl Sturdivant has begun the unacceptable practice of emailing this Court, Judge Cayer, and their respective staff members individually and collectively with copies of email correspondence between plaintiff and defense counsel regarding discovery and other matters. Plaintiff must cease this practice immediately.

**IT IS, THEREFORE, ORDERED** that plaintiff Carl Sturdivant is hereby **ENJOINED** from using judicial email in discovery and other correspondence unless expressly permitted by the Court after filing an appropriate motion. The term "judicial email" includes the email address of any individual member of a judicial staff and the official chambers email addresses.

**SO ORDERED.**

Signed: January 15, 2010

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
Chief United States District Judge