UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv224-RJC-DSC

| | | |
|---|---|---|
| CARL STURDIVANT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KONE INC., | ) | ORDER |
|     Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on plaintiff's Motion for Judicial Disqualification and/or Recusal (Doc. No. 23). Plaintiff in the same motion seeks to have Judge Cayer, the Magistrate Judge to whom motions in this case are referred, recuse himself, while also requesting that the motion be handled by a separate judge. The Court will determine the matter based on plaintiff's request that the motion be referred "to a Judge of the Western District of North Carolina, who is independent of any case participation or proceeding in this matter." While this Court has participated minimally in this case to this date, it has the authority to resolve the issue at hand.

The Court has reviewed Canon 3C of the Code of Judicial Conduct for United States Judges (Disqualification), as well as 28 U.S.C. § 455 (Disqualification) and 28 U.S.C. § 144 (Bias or prejudice). Plaintiff's arguments reveal that he is unhappy with Judge Cayer's resolution of certain discovery disputes. However, plaintiff offers no evidence that Judge Cayer's "'impartiality might reasonably be questioned,' or that 'he has a personal bias or prejudice concerning a party.'" <u>United States v. Cole</u>, 293 F.3d 153, 164 (4th Cir. 2002) (quoting 28 U.S.C. § 455). While plaintiff makes conclusory allegations that Judge Cayer is biased and partial, the Court simply finds nothing in the record to support these conclusions. Unfavorable rulings to one party, with nothing more, are not grounds for recusal.

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Judicial Disqualification and/or Recusal (Doc. No. 23) is **DENIED**. The other requests in the motion are further **DENIED** as moot.

**SO ORDERED**.

Signed: January 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge