# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl Sturdivant,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   Case No. 3:09CV224

Kone, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/72010 Order.

Signed: July 8, 2010

Frank G. Johns, Clerk
United States District Court